225 So.2d 6

**STATE of Louisiana ex rel. Louis KING**

**v.**

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

No. 49967.

July 21, 1969.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.